■ In the Matter of ANTHONY J. STRANO, Petitioner, v STATE OF NEW YORK, DEPARTMENT OF MOTOR VEHICLES APPEALS BOARD et al., Respondents. [616 NYS2d 192] —Proceeding pursuant to CPLR article 78 to review a determination of the respondent State of New York, Department of Motor Vehicles dated March 30, 1992, which, after a hearing, found that the petitioner had violated New York City Traffic Regulations § 301 (9).

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, with costs.

The record demonstrates that there was substantial evi-

dence supporting the determination *(see, 300 Gramatan Ave. Assocs. v State Div. of Human Rights,* 45 NY2d 176, 180; *Matter of Soto v New York State Dept. of Motor Vehicles,* 203 AD2d 370).* Thompson, J. P., Balletta, O'Brien and Florio, JJ., concur.